UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:16-CR-148 (VLB) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| EDWARD J. KOSINSKI | : | SEPTEMBER 12, 2016 |

**MOTION (UNOPPOSED) TO EXTEND TERRITORIAL LIMITS OF BOND**

The defendant Edward J. Kosinski respectfully requests that the Court extend the territorial limits of his bond to allow him to travel to and from a condominium that he owns in Ludlow, Vermont. In support of this motion, counsel for the defendant represents as follows:

1. On August 3, 2016, a grand jury returned an Indictment charging Dr. Kosinksi with two counts of insider trading in violation of 15 U.S.C. §§ 78j(b), 78ff and 17 C.F.R. § 240.10b-5. Dr. Kosinski was arraigned the following day and entered a plea of not guilty to each count.

2. The Order Setting Conditions of Release restricted Dr. Kosinski's travel to Connecticut, New York, New Jersey, Massachusetts and Rhode Island.

3. An extension of the territorial limits to include Vermont is warranted because Dr. Kosinski owns a condominium in Ludlow, Vermont, which he would like to periodically visit and which he would like to prepare for the Winter season.

4. Undersigned counsel has contacted counsel for the government (Heather Cherry) and understands that the government has no objection to the granting of this motion.

5. Undersigned counsel has also contacted Kimberlee Gorton, United States Probation Officer, who is supervising Dr. Kosinski. Ms. Gorton indicated that the United States Probation Office has no objection to the granting of this motion.

WHEREFORE, the defendant Edward J. Kosinski respectfully requests that the Court extent the territorial limits of the bond to permit him to travel to, from and within Vermont.

          RESPECTFULLY REQUESTED
          DEFENDANT EDWARD J. KOSINSKI

By: */s/ Brian E. Spears*
    Brian E. Spears
    Federal Bar No. ct14240
    Nathan J. Buchok
    Federal Bar No. ct29132
    SPEARS MANNING LLC
    2425 Post Road, Suite 203
    Southport, CT  06890
    Telephone:  (203) 292-9766
    Facsimile:  (203) 292-9682
    Email: bspears@spearsmanning.com
          nbuchok@spearsmanning.com

## **CERTIFICATION**

     I hereby certify that on September 12, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                  */s/ Brian E. Spears*
                                                  Brian E. Spears
                                                  Federal Bar No. ct14240