UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO. 16-CR-148 (VLB) |
| | : | |
| | : | |
| | : | |
| EDWARD J. KOSINSKI | : | NOVEMBER 3, 2017 |

### DEFENDANT'S LIST OF POTENTIAL WITNESSES

Defendant, Edward Kosinski, MD, respectfully submits this List of Potential Witnesses. This list updates the Defendant's Preliminary List of Potential Witnesses dated September 26, 2017, so as to: (1) revise the name of one witness whose last name changed from St. Marie to D'Angelo; (2) delete Alexander Scoufis; and (3) add seven potential character witnesses. Counsel for Dr. Kosinski does not anticipate that the addition of character witnesses will change its projection for the defense case as stated in the Joint Trial Memorandum, e.g., two to four days.

Until the government has presented its case-in-chief and since the government bears the burden of proof, counsel for Dr. Kosinski is not in a position to definitively state what witnesses, if any, it will call in any defense case. Accordingly, Dr. Kosinski reserves the right to amend and supplement this list of potential witnesses.

Counsel for Dr. Kosinski notes the following potential witnesses:

1

1. Edward J. Kosinski, MD

2. Maria K. Capasso, RN, CCRC

3. Steven Zelenkofske, DO   (Regado Biosciences, Inc.)

4. A. Michael Lincoff, MD  (C5Research) (Executive Committee)

5. Marilyn Borgman  (C5Research)

6. Terri Zito (C5Research)

7. Gerald (Jerry) Schaefer (C5Research)

8. Patricia D'Angelo (C5Research)

9. John Alexander, MD (DCRI) (Executive Committee)

10. Thomas Povsic, MD (DCRI)

11. Mary Ann Sellers (DCRI)

12. Robert Harrington, MD (DSMB)

13. Roxana Mehran, MD (Executive Committee)

14. Representative, Regado Biosciences, Inc.; Representative, C5Research; Representative, DCRI; Representative, DSMB; Representative, Executive Committee; Representative, FINRA

15. Edward J. Buthusiem, JD Berkeley Research Group, LLC.

16. Michael Balesteri

17. Michael Bisciglia

18. Andrew D. Cretella

19. Dale Danowski

20. Betsy Ehrsam

21. William Paul

22. Louis Nistico

            **Respectfully submitted,**
            **EDWARD J. KOSINSKI**

**By:**    **/s/ *Brian E. Spears*** 
           **Brian E. Spears**
           **Federal Bar No. ct14240**
           **Stephen V. Manning**
           **Federal Bar No. ct07224**
           **Nathan J. Buchok**
           **Federal Bar No. ct29132**
           **SPEARS MANNING, LLC**
           **2425 Post Road, Suite 203**
           **Southport, CT 06890**
           **Telephone: (203) 292-9766**
           **Facsimile:  (203) 292-9682**
           **Email: bspears@spearsmanning.com**
                   **smanning@spearsmanning.com**
                   **nbuchok@spearsmanning.com**

## **CERTIFICATION**

I hereby certify that on November 3, 2017, a copy of the foregoing List of Potential Witnesses was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Brian E. Spears*