Crim-Trial (4/2/12)

HONORABLE: V. Bryant
DEPUTY CLERK: J. Shafer    RPTR/ECRO/TAPE: F. Velez, ECRO
TOTAL TIME: 1 hours 19 minutes    USPO _____    INTERPRETER _____
DATE: 11/20/2017    START TIME: 04:05 pm    END TIME: 05:24 pm
LUNCH RECESS    FROM: _____    TO: _____
RECESS (if more than ½ hr)    FROM: _____    TO: _____

CRIMINAL NO. 3:16-cr-00148-VLB        Deft # 1

UNITED STATES OF AMERICA

vs

EDWARD J. KOSINSKI

H. Cherry and J. Francis
AUSA

B. Spears, N. Buchok, and S. Manning
Defendant's Counsel

## CRIMINAL JURY/COURT TRIAL

- ☐ ........ Jury of ____ and ____ alternates report ☐ Jury sworn.
- ☐ ........ ☐ Juror # ____ excused ☐ Alternates excused
- ☐ ........ Deft ____ Failed to appear. Bench warrant issued.
- ☒ ........ ☐ Jury Trial held ☒ Jury Trial continued until Nov. 27th at 09:30 am
- ☐ ........ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until ____
- ☐..# ____ Deft ____ motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# ____ Deft ____ motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# ____ Deft ____ motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# ____ Deft ____ motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# ____ Govt's motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# ____ Govt's motion ____ ☐ granted ☐ denied ☐ advisement
- ☐ ........ Deft ____ oral motion ____ ☐ granted ☐ denied ☐ advisement
- ☐ ........ Deft ____ oral motion ____ ☐ granted ☐ denied ☐ advisement
- ☐ ........ Govt's oral motion ____ ☐ granted ☐ denied ☐ advisement
- ☐ ........ Govt's oral motion ____ ☐ granted ☐ denied ☐ advisement
- ☒ ........ Charging Conference held.    ☐ filed
- ☐ ........ ____    ☐ filed
- ☐ ........ ____    ☐ filed
- ☐ ........ ____    ☐ filed
- ☐ ........ ____    ☐ filed
- ☐ ........ ____    ☐ filed
- ☐ ........ ☐ Government rests ☐ Defendant ____ rests
- ☐ ........ ☐ Summation held ☐ Court's Charge to the Jury
- ☐ ........ All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- ☐ ........ Jury commences deliberations at ____
- ☐ ........ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ ........ SEE ☐ page II ☐ for additional entries
- ☐ ........ Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

| | |
|---|---|
| ☐......... | Court declares MISTRIAL as to Defendant _____ |
| ☐......... | Jury Verdict filed |
| ☐......... | Oral Verdict |
| ☐......... | Court Verdict |
| ☐......... | ☐ guilty as to Deft _____ as to counts _____ |
| ☐......... | ☐ guilty as to Deft _____ as to counts _____ |
| ☐......... | ☐ guilty as to Deft _____ as to counts _____ |
| ☐......... | ☐ guilty as to Deft _____ as to counts _____ |
| ☐......... | ☐ not guilty as to Deft _____ as to counts _____ |
| ☐......... | ☐ not guilty as to Deft _____ as to counts _____ |
| ☐......... | ☐ not guilty as to Deft _____ as to counts _____ |
| ☐......... | ☐ not guilty as to Deft _____ as to counts _____ |
| ☐......... | Court accepts verdict and orders verdict verified and recorded |
| ☐......... | Jury polled |
| ☐......... | Sentencing set _____ at _____ as to Deft _____ |
| ☐......... | Sentencing set _____ at _____ as to Deft _____ |
| ☐......... | Prob 246B Order for PSI & Report |
| ☐......... | Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____ |
| ☐......... | Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____ |
| ☐......... | Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____ |
| ☐......... | Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____ |
| ☐......... | Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____ |
| ☐......... | Deft _____ REMANDED to custody |
| ☐......... | Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv. |

NOTES OR
## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____