Crim-Trial (4/2/12)

HONORABLE: V. Bryant
DEPUTY CLERK: J. Shafer          RPTR/ECRO/TAPE: F. Velez, ECRO
TOTAL TIME: 5 hours 37 minutes   USPO _____  INTERPRETER _____
DATE: 11/27/2017   START TIME: 09:38 am   END TIME: 05:12 pm
LUNCH RECESS   FROM: 12:15 pm   TO: 01:22 pm
RECESS (if more than ½ hr)   FROM: 04:17 pm   TO: 05:07 pm

CRIMINAL NO. 3:16-cr-00148-VLB          Deft # 1

UNITED STATES OF AMERICA

vs

EDWARD J. KOSINSKI

H. Cherry and J. Francis
AUSA

B. Spears, N. Buchok, and S. Manning
Defendant's Counsel

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of  12  and  1  alternates report ☐ Jury sworn.
- [x] ☐ Juror # _____ excused ☒ Alternates excused
- ☐ Deft _____ Failed to appear. Bench warrant issued.
- [x] ☐ Jury Trial held ☒ Jury Trial continued until Nov. 28th at 09:00 am
- ☐ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ ☐ Government rests ☐ Defendant _____ rests
- [x] ☒ Summation held ☒ Court's Charge to the Jury
- [x] All full exhibits, ☒ Indictment ☐ Information ☒ Verdict form handed to the Jury
- [x] Jury commences deliberations at 04:04 pm
- [x] Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

| | |
|---|---|
| ☐ | Court declares MISTRIAL as to Defendant _____ |
| ☐ | Jury Verdict filed |
| ☐ | Oral Verdict |
| ☐ | Court Verdict |
| ☐ | ☐ guilty as to Deft _____ as to counts _____ |
| ☐ | ☐ guilty as to Deft _____ as to counts _____ |
| ☐ | ☐ guilty as to Deft _____ as to counts _____ |
| ☐ | ☐ guilty as to Deft _____ as to counts _____ |
| ☐ | ☐ not guilty as to Deft _____ as to counts _____ |
| ☐ | ☐ not guilty as to Deft _____ as to counts _____ |
| ☐ | ☐ not guilty as to Deft _____ as to counts _____ |
| ☐ | ☐ not guilty as to Deft _____ as to counts _____ |
| ☐ | Court accepts verdict and orders verdict verified and recorded |
| ☐ | Jury polled |
| ☐ | Sentencing set _____ at _____ as to Deft _____ |
| ☐ | Sentencing set _____ at _____ as to Deft _____ |
| ☐ | Prob 246B Order for PSI & Report |
| ☐ | Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____ |
| ☐ | Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____ |
| ☐ | Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____ |
| ☐ | Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____ |
| ☐ | Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____ |
| ☐ | Deft _____ REMANDED to custody |
| ☐ | Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv. |

NOTES OR
## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____